

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NARCISA GARCIA, et al., : CIVIL ACTION
:
Plaintiffs, :
: No. 09-CV-1747
vs. :
:
KATHLEEN SEBELIUS, et al., :
:
Defendants. :

FILED
APR 23 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND DEPARTMENT OF PUBLIC WELFARE DEFENDANTS, CERTIFYING THE PLAINTIFF CLASS AND APPOINTING CLASS COUNSEL

AND NOW, this 23rd day of April, 2010, pursuant to Rules 23 (c),(e) and (g) of the Federal Rules of Civil Procedure, after consideration of the proposed Settlement Agreement Between Plaintiffs and Department of Public Welfare Defendants, IT IS ORDERED as follows:

1. The above matter may proceed as a class action pursuant to Fed. R. Civ. P. 23(a) and (b)(2). The class shall consist of all persons living in Pennsylvania who are, were or will be eligible for Medicare benefits, and who are, were or will be simultaneously also eligible to have their Medicare premiums paid for by the Pennsylvania Medicaid program's Medicare Savings Program, but whose Medicare Savings Program benefits are, were or will be denied or delayed as a result of defendants' failure to properly and efficiently administer the Medicare Savings Program part of the Medicaid program;

2. Plaintiffs' existing counsel, Community Legal Services and the Center for Medicare Advocacy, are appointed to serve as counsel for the class;

3. The Settlement Agreement is approved pursuant to Federal Rule of Civil Procedure 23(e). The Court's review of the Settlement Agreement was conducted solely to comply with Federal Rule of Civil Procedure 23(e) and does not convert the Settlement Agreement into an order of the Court or a consent decree;

4. Pursuant to the Settlement Agreement, plaintiffs' claims against the DPW defendants are hereby dismissed.

SANCHEZ, J.

ENTERED

CLERK OF COURT